IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| YANKEE SUPPLY COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 06-CV-1643-JCH |
| ) | |
| STEPHEN COX, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## CONSENT JUDGMENT

Plaintiff Yankee Supply Company ("Plaintiff") and Defendants Stephen Cox, Inc., Cox Industrial Equipment, Inc. and Stephen Cox ("Defendants"), by and through their respective counsel, hereby enter into a Consent Judgment in the above captioned matter as follows:

Judgment is entered in favor of Plaintiff and against Defendants in the amount of Twenty-Five Thousand Dollars ($25,000.00) ("Judgment").

Execution of said Judgment is stayed unless and until Defendants fail to comply with the Settlement Consideration terms of Paragraph 1 of the Settlement Agreement. This Judgment may be executed upon without need for further demand, by any lawful means on the entire amount of the Judgment which remains unpaid.

Agreed to this _____ day of March, 2008.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| HUSCH BLACKWELL SANDERS, LLP | KAPLAN ASSOCIATES, LLC |
| By: /s/ Giuseppe S. Giardina<br>Giuseppe S. Giardina, #497763<br>Giuseppe.Giardina@husch.com<br>190 Carondelet Plaza, Suite 600<br>St. Louis, Missouri 63105<br>Telephone: (314) 480-1500<br>Facsimile: (314) 480-1505<br><br>*Attorneys for Plaintiff* | By: /s/ Lawrence P. Kaplan<br>Lawrence P. Kaplan<br>Joshua Avigad<br>javigad@ka-law.com<br>Kaplan Associates, LLC<br>101 S. Hanley, Ste 1225<br>St. Louis, Missouri 63105<br>Phone – 314 863 2929<br>Facsimile – 314 863 9777<br><br>*Attorneys for Defendant Stephen Cox, Inc.* |

**SO ORDERED:**

_____           Date: 3/26/08
United States District Judge